UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANTONIO SANTIAGO MORALES,

                                       Plaintiff,

              - against -

BROOKLYN MAC, JEREMY LEROUX and
BIANCA LEROUX, as individuals.

                                   Defendants.
----------------------------------------------------------------------X

**ORDER**

ECF

15 Civ. 1819 (ILG)(CLP)

      On September 8, 2015, Plaintiff submitted a joint letter motion seeking approval of the Settlement Agreement reached by the parties in this case (the "Letter").  The Letter, attaches the Settlement Agreement.

      Having fully reviewed the Settlement Agreement, and the Letter, the Court finds the Settlement Agreement to be fair and reasonable.  Accordingly, the Court hereby approves the Settlement Agreement and will "so order" the "Stipulation and Order of Dismissal with Prejudice" at which time the Clerk of the Court is respectfully directed to close this case.

      **SO ORDERED.**

                                                                              _____
                                                                             I. LEO GLASSER
                                                                              United States District Judge

Dated:    September \_\_, 2015
                Brooklyn, New York

1