**FILED**
**IN CLERK'S OFFICE**
**US DISTRICT COURT E.D.N.Y.**

★ SEP 22 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTONIO SANTIAGO MORALES,

                Plaintiff,

   - against -

BROOKLYN MAC, JEREMY LEROUX and
BIANCA LEROUX, as individuals.

                Defendants.
------------------------------------------------------------------X

**ORDER**

ECF
15 Civ. 1819 (ILG)(CLP)

       On September 8, 2015, Plaintiff submitted a joint letter motion seeking approval of the Settlement Agreement reached by the parties in this case (the "Letter"). The Letter, attaches the Settlement Agreement.

       Having fully reviewed the Settlement Agreement, and the Letter, the Court finds the Settlement Agreement to be fair and reasonable. Accordingly, the Court hereby approves the Settlement Agreement and will "so order" the "Stipulation and Order of Dismissal with Prejudice" at which time the Clerk of the Court is respectfully directed to close this case.

       **SO ORDERED.**

Dated: September 21, 2015
       Brooklyn, New York

                                          I. LEO GLASSER
                                          United States District Judge